CARE INSTRUCTIONS: Wash before use with a mild detergent. Do not mircowave. Dishwasher safe. Wash regularly.

CAUTION: FOR PET USE ONLY. Not intended for human use. Inspect regularly and replace if any part becomes damaged. Provide pet with fresh food and water regularly.



DISTRIBUTED BY:
INTERNATIONAL PET SUPPLIES
AND DISTRIBUTION, INC.
SAN DIEGO, CA 92121



contact us at petco.com or 1.855.FAQ.PETCO

© 2013 Petco Animal Supplies, Inc.  All Rights Reserved.

SKU# 2154046-SM RED

127 3 1 MB



8  00443 92049  7

MADE IN CHINA