**Claims Chart Comparison between U.S. Des. 467,045
and
Product by Bowl Mates™ by petco® (made by Doskocil / PetMate)**

| Des. 467,045 | Accused Infringing Product |
|---|---|
| FIG. 10 is a left, top, front perspective view of a second embodiment of a stackable pet feeder showing my new design; | |//




**Claims Chart Comparison between U.S. Des. 467,045
and
Product by Bowl Mates™ by petco® (made by Doskocil / PetMate)**

| Des. 467,045 | Accused Infringing Product |
|---|---|
| Figure 13 is a top plan view thereof;  |  |
| FIG. 14 is a top plan view thereof, with both bowls removed for clarity of disclosure;  |  |

Claims Chart Comparison between U.S. Des. 467,045
and
Product by Bowl Mates™ by petco® (made by Doskocil / PetMate)

| Des. 467,045 | Accused Infringing Product |
|---|---|

**FIG. 15 is a right side elevational view thereof;**

 

**FIG. 16 is a bottom plan view thereof;**

